MHN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 08 CR 400 |
| TOMMIE LEE AKINS, | ) | Hon. Judge Conlon |
| a/k/a "Tommie Harris, | ) | Hon. Mag. Nolan |
| Defendant. | ) | |

## ORDER

This cause coming on to be heard pursuant to previous Order, and the Court being informed that the defendant is without financial resources to pay for travel from his residence in Omaha, Nebraska to his required appearance in Chicago, Illinois, in the above captioned cause, it is hereby ordered that:

The United States Marshal for the United States District Court for the Northern District of Illinois provide and pay for round trip transportation for the defendant Tommie Lee Atkins to travel from his residence in Omaha, Nebraska to Chicago, Illinois, for his hearing for the arraignment in the above-captioned cause on June 4, 2008, at 9:45 A.M.

Hon. Nan R. Nolan  5/29/08