IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )        8:08CR261
                              )
      v.                      )
                              )
TOMMIE LEE AKINS,             )        ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to restrict (Filing No. 39). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; defendant's sentencing memorandum shall be filed as a restricted document.

DATED this 24th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court