IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:08CR261
                             )
      v.                     )
                             )
TOMMIE LEE AKINS,            )            ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to extend time to self-surrender (Filing No. 57). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. Defendant is allowed to remain on pretrial release and shall report to the United States Marshal for this District to commence service of his sentence at or before 2 p.m. on March 16, 2009.

DATED this 13th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court